UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _3/6/2020_

KILLORAN,

                  Plaintiffs,

      -v-

DHG MANAGEMENT CO. and DENIHAN
OWNERSHIP CO.,

                  Defendants.

                                X

------------------------------------------------------------------

19-cv-11098 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      This case has been randomly reassigned to me for all purposes. It is hereby:

      ORDERED that the Initial Pretrial Conference previously scheduled for March 19, 2020 at 3:15 p.m. shall take place on that date and at that time in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

      IT IS FURTHER ORDERED that, by one week prior to conference, the parties jointly submit to the Court a proposed Case Management Plan and Scheduling Order. A template is available at https://www.nysd.uscourts.gov/hon-lewis-j-liman. This document should be filed electronically on ECF, consistent with the Court's Individual Practices in Civil Cases, which are available on the same webpage. Parties should consult the Individual Practices for guidance on the matters to be discussed at the Initial Pretrial Conference and for the Court's rules with respect to communications with Chambers and other procedural matters.

      SO ORDERED.

Dated: March 6, 2020
      New York, New York

                                            LEWIS J. LIMAN
                                  United States District Judge