

**MARK DAVID SHIRIAN P.C.**
ATTORNEYS AT LAW

MARK DAVID SHIRIAN P.C.

228 East 45th Street, Suite 1700-B
New York, NY 10017
Tel: (212) 931- 6530
Fax: (212) 898 - 0163
www.shirianpc.com

MARK D. SHIRIAN
mshirian@shirianpc.com

October 19, 2020

**Via ECF**
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007
Attn: Honorable Judge Lewis J. Liman

   Re: Crystal Killoran v. DHG Management Company, LLC, et al.
     <u>1:19-cv-11098-LJL</u>

Dear Honorable Judge Liman:

 I am a member of Mark David Shirian P.C., attorneys for the plaintiff, Crystal Killoran, in the above-referenced action. Reid Kahn and David Gold represent Defendants. I write to respectfully request an extension of time to comply with Your Honor's Order on Defendants' Motion to Compel dated October 14, 2020 (Doc. No. 22). I also write in support of the parties' joint application for a referral to a Magistrate Judge for a settlement conference and for either a stay of the deposition deadline or a two-month extension of the deposition deadline in this case.

 On October 8, 2020, Defendants requested an order compelling Plaintiff to provide the contact information (address, telephone number, and email address) for the friends and family members, which Plaintiff identified in her Fed. R. Civ. P. Rule 26 Initial Disclosures and in response to Defendants' interrogatories and other discovery regarding Plaintiff's social media account.

 On October 14, 2020, Your Honor granted in part Defendants' motion to compel and ordered Plaintiff to provide Defendants with addresses, telephone numbers and email addresses for all persons listed by Plaintiff in her Rule 26 initial disclosures by October 19, 2020.

 I write to request a one week extension of time for Plaintiff to provide this discovery to the Defendants, from October 19, 2020 to October 26, 2020. I request an extension of time because Plaintiff has expressed concerns regarding the privacy of her friends and family and their involvement as non-material witnesses in this instant litigation. Defendants do not object to this request.



**MARK DAVID SHIRIAN P.C.**
ATTORNEYS AT LAW

MARK DAVID SHIRIAN P.C.

228 East 45th Street, Suite 1700-B
New York, NY 10017
Tel: (212) 931-6530
Fax: (212) 898-0163
www.shirianpc.com

MARK D. SHIRIAN
mshirian@shirianpc.com

    I also write jointly with Defendants to provide the Court with a status update of the parties' settlement efforts. While the parties were planning to utilize a private mediator, both sides feel that a referral to a Magistrate Judge for a settlement conference is the most efficient way to bring this case to an appropriate resolution at this present time. Accordingly, the parties respectfully request that Your Honor refer this matter to a Magistrate Judge for a settlement conference.[1]

    In light of the parties' joint request for a referral to a Magistrate Judge for a settlement conference, and pursuant to Rule 1(C) of Your Honor's Individual Rules of Practice, I write jointly with Defendants' counsel to request either a stay of the deposition deadline or a two-month extension of the deposition deadline in this case, from October 28, 2020 to December 23, 2020 to complete depositions. This additional time is necessary for the parties to schedule and participate in a settlement conference without incurring the expense and time of depositions. This is the second request from the parties to extend the deposition deadline.[2]

    Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Mark D. Shirian*

Mark D. Shirian

SO ORDERED.
LEWIS J. LIMAN
United States District Judge

Cc: All Parties (via ECF service)

The requested extension of time to satisfy the Court's October 14, 2020 discovery Order is GRANTED.  Plaintiff shall satisfy that Order by October 26, 2020.  The request to stay the deposition deadline is DENIED, but the request to extend the deposition deadline to December 23, 2020 is GRANTED.  The Court will grant the parties' request for referral to a Magistrate Judge for settlement, and a referral will issue by separate order.

IT IS FURTHER ORERED that the parties shall file a revised case management plan consistent with the Court's order by October 23, 2020 at 5:00 p.m. SO ORDERED. 10/20/2020

---

[1] Plaintiff's counsel included this request in the Response in Opposition to Defendants' Motion to Compel. (See Document No. 21).

[2] Plaintiff's counsel included this request in the Response in Opposition to Defendants' Motion to Compel. (See Document No. 21).